MINUTE ENTRY            1:35 p.m.

UNITED STATES OF AMERICA -V- CAI, WEI

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   SANAE N. SHMULL, COURT REPORTER
   PATRICK SMITH, ASSISTANT U.S. ATTORNEY
   ROBERT TORRES, ATTORNEY FOR DEFENDANT
   CAI, WEI, DEFENDANT

PROCEEDINGS:    CHANGE OF PLEA

 Defendant appeared with counsel, Attorney Robert Torres.  Government was represented by Patrick Smith, AUSA.

 Tony Yen was sworn as interpreter/translator.

 Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

 Court reviewed every element of the Indictment with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant entered a plea of GUILTY to Conspiracy to Commit Alien Smuggling for Financial Gain.  Court found that the defendant was fully competent to enter a knowing and voluntary plea.  Court accepted the plea.

 Defense moved for an expedited investigation report and sentencing.  Government did not oppose.

 Court ordered that a Presentence Investigation Report be submitted by February 25, 2005 and that the Sentencing hearing be set for Friday, March 4, 2005 at 10:30 a.m.

 Court remanded the defendant back into the custody of the U.S. Marshal.

        Adjourned at 2:25 p.m.

;    [KLL EOD 01/28/2005]