ORIGINAL

CaiWei.rem

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

F I L E D
Clerk
District Court

JUN 1 9 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        )<br>        Plaintiff, )<br>        )<br>    vs.  )<br>        )<br>CAI, WEI )<br>        )<br>        Defendant. )<br>_____) | CRIMINAL CASE NO. 04-00035<br><br>PETITION TO REMIT SPECIAL<br>ASSESSMENT FEE AND ORDER<br>OF REMISSION [18 U.S.C. § 3573] |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee earlier imposed upon Defendant CAI, WEI and in support hereof, states as follows:

1.      On March 4, 2005, sentence was imposed by this Court against Defendant CAI, WEI. Among other things, a $100.00 special assessment fee was ordered. The total amount now owed by said Defendant is $100.00.

2.      Upon information received from the Immigration and Customs Enforcement Deportable Alien Control System (ICE/DACS), the defendant, CAI, WEI was deported to China on September 30, 2005. See Exhibit "A."

3.      Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

        Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
        (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

4. The United States Attorney has determined that in light of Defendant's deportation, there is no reasonable likelihood that expending further efforts to collect the special assessment fee will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

5. The interests of justice mitigate in favor of remission of the unpaid special assessment fee.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee imposed upon Defendant.

DATED this _1st_ day of June, 2006.

        LEONARDO M. RAPADAS
        United States Attorney
        Districts of Guam and NMI

By: _____
        MARIVIC P. DAVID
        Assistant U.S. Attorney

## ORDER OF REMISSION

Based upon the foregoing, and in the interest of justice, the unpaid portion of the special assessment fee imposed against the defendant CAI, WEI, including any interest and penalties, is hereby remitted.

DATED this _19th_ day of _June_, 2006.

RECEIVED

JUN 19 2006

Clerk
District Court
The Northern Mariana Islands

_____
ALEX R. MUNSON
Chief Judge
District Court for the
  Northern Mariana Islands

- 2 -

Case 1:04-cr-00035    Document 12    Filed 06/19/2006    Page 3 of 3

```
          A-NUM : 076598083           LAST-NAME : CAI
          NATLTY: CHINA               FIRST-NAME: WEI

   DATE-DOCKET-CLEARED: 10/07/2005      DEPART-CLEARED-STAT: 8

      TRANSFER-TO-DCO:                 DATE-DOCKET-TRANSFER:

        DATE-DEPARTED: 09/30/2005          PORT-DEPARTED: AGA

      DEPART-COUNTRY: CHINA        FINAL-CHARGE: I7B2      EXPENSE-CODE: 5
```

HIT PF4 TO RETURN TO CASE SELECT SCREEN OR ENTER FOR NEXT SCREEN



EXHIBIT A